UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEXUS GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRIME LINE NUTRA, LLC, and<br>BIOGENICS DIRECT, LLC,<br><br>Defendants. | ) | No. 14 CV 9433 (LLS)<br><br>DECLARATION OF<br>KENNETH J. PFAEHLER |

*Kenneth J. Pfaehler* hereby declares as follows:

1. I am a member of the Bar of this Court. I am a partner in Dentons US LLP and represent plaintiff Nexus Group, LLC ("Nexus"). I give this declaration in opposition to the to the motion of defaulted defendant Prime Line Nutra, LLC ("Prime Line Nutra") to vacate the default against it.

2. On December 4, 2014, Nexus filed the complaint in this action. Service was effected on both defendants Prime Line Nutra and Biogenics Direct, LLC ("Biogenics Direct") in the coming days, as is reflected in the affidavits of service filed as ECF docket numbers 4 through 9 on December 10, 2014.

3. On December 16, 2014, we received a call from Jeffrey Daichman, a partner in the law firm Kane Kessler, P.C. My colleague Kiran Patel and I returned the call and spoke with Mr. Daichman on December 16, 2014. In that conversation, Mr. Daichman advised that he was entering an appearance for defendant Biogenics Direct only, and requested an extension of time for Biogenics Direct only to answer, move or otherwise respond to the complaint. He advised that he was not appearing for Prime Line Nutra and that Nexus could proceed with taking a

default against Prime Line Nutra if it wanted to. Other matters were discussed that fall within the scope of Federal Rule of Evidence 408.

4. Nexus agreed to the requested extension for Biogenics Direct to respond to the complaint. A stipulation signed by counsel was filed providing that the time for defendant Biogenics Direct only, not Prime Line Nutra, to answer or move with respect to the Complaint, was extended to and including January 16, 2015. Prime Line Nutra never responded to the complaint.

5. On January 9, 2015, Nexus filed its First Amended Complaint against Prime Line Nutra and Biogenics Direct. (*See* ECF docket number 11). On February 9, Nexus requested the entry of a default against Prime Line Nutra. The Clerk directed that the First Amended Complaint be served on Prime Line Nutra. Service was effected on defendant Prime Line Nutra on February 23, 2015. (*See* ECF docket number 17). Prime Line Nutra never responded to the First Amended Complaint. On March 23, 2015, the Clerk entered a default against Prime Line Nutra.

6. On February 13, 2015, Nexus served a Local Rule 26.1 request upon counsel for Biogenics Direct. A true and correct copy is attached hereto as Exhibit 1. Biogenics Direct did not respond for three months. Attached hereto as Exhibit 2 is a true and correct copy of the response to the Local Rule 26.1 request.

7. On March 19, 2015, the Court entered an Order for Conference Pursuant to Rule 16(b), and directed Nexus to notify defendants of the contents of the Order. On March 20, 2015, I sent a copy of the Order to Prime Line Nutra at its addresses in Florida and New York, by Federal Express overnight delivery. Attached hereto as Exhibit 3 is a true and correct copy of the letter I sent to Prime Line with a copy of the Order for Conference Pursuant to Rule 16(b).

Prime Line Nutra did not respond and did not participate in the conference pursuant to Rule 16(b).

8. Despite my efforts, counsel for defendants refused to confer and prepare a proposed scheduling order in advance of the April 10, 2015 conference, as mandated by the Court's Order for Conference Pursuant to Rule 16(b). Those efforts are detailed in my letter to the Court of March 17, 2015 (ECF docket number 18).

I declare under penalties of perjury that the foregoing is true and correct. Further declarant sayeth not.

Executed on this 21st day of May, 2015, in Seattle, Washington.

*/s/ Kenneth J. Pfaehler*
Kenneth J. Pfaehler

84215980\V-6