UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEXUS GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRIME LINE NUTRA, LLC, and<br>BIOGENICS DIRECT, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 14 CV 9433 (LLS) |

**LOCAL CIVIL RULE 26.1 DEMAND**

Pursuant to Local Civil Rule 26.1, Plaintiff Nexus Group, LLC ("Plaintiff") hereby demands that Defendant Biogenics Direct, LLC ("Defendant") provide, within seven (7) days, a verified statement setting forth the state or jurisdiction of Defendant's formation and, for each of Defendant's members:

(a) If a member is a natural person, that member's residence and domicile, and any state or other jurisdiction of which that member is a citizen for purposes of 28 U.S.C. § 1332;

(b) If a member is a corporation, that member's state or other jurisdiction of incorporation, principal place of business, and any other state or jurisdiction for which that member is a citizen for purposes of 28 U.S.C. § 1332; and

(c) If a member is a partnership, limited liability partnership or limited liability company, like information for each of that member's partners or members, as well as the state or other jurisdiction where such partnership, limited liability partnership or limited liability company is formed.

Dated: February 13, 2015

Respectfully submitted,

DENTONS US LLP

By: /s/ *Kenneth J. Pfaehler*

Kenneth J. Pfaehler
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone: (202) 408-6468
Facsimile: (202) 408-6399
kenneth.pfaehler@dentons.com

Kiran Patel
Dentons US LLP
1221 Avenue of the Americas
25th Floor
New York, New York 10021
Telephone: (212) 768-5392
Facsimile: (212) 768-6800
kiran.patel@dentons.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that, on February 13, 2015, the foregoing was served via e-mail and U.S. mail, postage pre-paid on:

Jeffrey H. Daichman
Gerard Schiano-Strain
KANE KESSLER, P.C.
1350 Avenue of the Americas
New York, New York 10019
jdaichman@kanekessler.com
gsstrain@kanekessler.com

/s/ *Kenneth J. Pfaehler*
Attorney for Plaintiff

83785921