UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEXUS GROUP, LLC, a Virgin Islands limited liability company

Plaintiff,

Docket No. 14 CV 9433 (LLS)

v.

PRIME LINE NUTRA, LLC, a New York limited liability company, and BIOGENICS DIRECT, LLC, a Florida limited liability company,

Defendant.

______________________________________________/

**DEFENDANTS' LOCAL RULE 26.1 STATEMENT**

Defendants PRIME LINE NUTRA, LLC and BIOGENICS DIRECT, LLC hereby serve their Local Rule 26.1 Statement as follows:

**BIOGENICS DIRECT, LLC:**

Address:
1250 East Hallandale Beach Boulevard
406
Hallandale, FL 33009

Managing Member:
Svetlana Ruderman
20165 N.E. 39th Place
Aventura, FL 33180

Managing Member:
BESVE Media, Inc.
801 Second Ave
New York, NY 10017

**PRIME LINE NUTRA, LLC:**

Address:
801 Second Avenue - 19th Floor
NY, NY 10017

Managing Member:
Svetlana Ruderman
20165 N.E. 39th Place
Aventura, FL 33180

Managing Member:
BESVE Media, Inc.
801 Second Ave
New York, NY 10017

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been served on all counsel of record identified on the attached Service List this 5th day of May, 2015.

Respectfully submitted,

KOPELOWITZ OSTROW P.A.

/s/ Jan Douglas Atlas
Jan Douglas Atlas
atlas@kolawyers.com
New York Bar Number: 1782549
200 S.W. 1st Avenue, Suite 1200
Fort Lauderdale, FL 33301
(954) 525-4100 – Telephone
(954) 525-4300 – Facsimile

Counsel for Defendants Prime Line Nutra, LLC and Biogenics Direct, LLC

**SERVICE LIST**

Nexus Group, LLC v. Prime Line Nutra, LLC and Biogenics Direct, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Docket No. 14 CV 9433 (LLS)

Kenneth J. Pfaehler, Esq.
kenneth.pfaehler@dentons.com
Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone: (202) 408-6468
Facsimile: (202) 408-6399

Kiran Patel, Esq.
kiran.patel@dentons.com
Dentons US LLP
1221 Avenue of the Americas
25th Floor
New York, New York 10021
Telephone: (212) 768-5392
Facsimile: (212) 768-6800

Jeffrey H. Daichman, Esq.
jdaichman@kanekessler.com
Gerard Schiano-Strain, Esq.
gstrain@kanekessler.com
KANE KESSLER, P.C
1350 Avenue of the Americas
New York, New York 10019
Telephone: (212) 541-6222
Facsimile: (212) 245-3009