# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NEXUS GROUP, LLC, a Virgin Islands limited liability company,

Plaintiff,

v.

PRIME LINE NUTRA, LLC, a New York limited liability company, and BIOGENICS DIRECT, LLC, a Florida limited liability company,

Defendants.

Case No. 14-9433 (LSS)

**FIRST SET OF INTERROGATORIES TO PRIME LINE NUTRA, LLC**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Nexus Group, LLC, a Virgin Islands limited liability company ("Nexus Group"), by and through its counsel, Brown Rudnick LLP, requests that Prime Line Nutra, LLC ("Prime Line") answer under oath each of the following interrogatories (the "Interrogatories") in full and in detail according to the following instructions.

Nexus Group requests that Prime Line's responses be served on the offices of Brown Rudnick LLP, Seven Times Square, New York, New York, 10036, within thirty (30) days of service hereof.

**DEFINITIONS**

1. Unless otherwise defined below, the definitions and instructions set forth in the Local Rules of the United States District Court for the Southern District of New York shall apply to the Interrogatories.

2. The following additional definitions also apply to the Interrogatories:

a. "Biogenics Direct" means Biogenics Direct, LLC, and its affiliates, direct or indirect subsidiaries, employees, independent contractors, attorneys, officers, directors, direct or indirect shareholders, members, representatives, predecessors and/or successors.

b. "First Amended Complaint" means the First Amended Complaint, dated January 9, 2015 filed by Nexus Group.

c. "Nexus Group" means Nexus Group, LLC, and its affiliates, direct or indirect subsidiaries, employees, attorneys, officers, directors, direct or indirect shareholders, members, representatives, predecessors and/or successors.

d. "Prime Line" means Prime Line Nutra, LLC, and its affiliates, direct or indirect subsidiaries, employees, independent contractors, attorneys, officers, directors, direct or indirect shareholders, members, representatives, predecessors and/or successors.

e. "You" or "Your" means Prime Line, and its affiliates, direct or indirect subsidiaries, employees, independent contractors, attorneys, officers, directors, direct or indirect shareholders, members, representatives, predecessors and/or successors.

## INSTRUCTIONS

1. These Interrogatories are continuing in character, so as to require you to submit supplemental answers if you obtain further, contradictory, or different information. Such supplemental answers shall be submitted from time to time promptly upon the discovery by you of such supplemental information. Each Interrogatory is to be answered separately and as completely as possible. The fact that an investigation is continuing and discovery is not complete shall not be used as a reason for failure to answer any Interrogatory as fully as possible.

2. Answers to these Interrogatories shall be based upon information known to you. To the extent that the answer to any Interrogatory is not based upon information known to you, please specify that fact and identify the person possessing such information.

3. If the answer to all or any part of an Interrogatory is not presently known by or available to you, include a statement to that effect, specifying the portion of the Interrogatory which cannot be completely answered.

4. If you refuse to answer any Interrogatory or any part thereof on the grounds of privilege, please identify the claimed privilege (i.e., attorney-client) and the nature of any information you refuse to disclose, referring specifically to the Interrogatory or any part thereof to which the claimed privilege applies, the form in which said information exists, and the grounds for the claimed privilege.

5. Unless otherwise specified, the relevant time period for these Interrogatories shall be from January 1, 2014 through the present date, and should include all information and Documents that relate in whole or in part to such period, or to events that took place in such period, including all Documents referring or relating to such period even though dated, prepared, generated, sent, or received outside of that period.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify each Person(s) who is in possession, custody or control of documents (including email and correspondence) or information concerning any of the allegations and causes of action set forth in the First Amended Complaint.

**RESPONSE TO INTERROGATORY NO. 1:**

**INTERROGATORY NO. 2:**

Identify the date(s) on which You contend Prime Line informed Nexus Group that the services Nexus Group provided did not meet Prime Line's expectations.

**RESPONSE TO INTERROGATORY NO. 2:**

**INTERROGATORY NO. 3:**

Identify the Person(s) who You contend informed Nexus Group that the services Nexus Group provided did not meet Prime Line's expectations and any witness(es) to the provision of such information.

**RESPONSE TO INTERROGATORY NO. 3:**

**INTERROGATORY NO. 4:**

Identify any Person(s) who has any knowledge concerning any of the allegations and causes of action set forth in the First Amended Complaint and specify the subject matter about which the Person(s) have knowledge.

**RESPONSE TO INTERROGATORY NO. 4:**

**INTERROGATORY NO. 5:**

Identify each Person(s) who is an officer or director of Prime Line.

**RESPONSE TO INTERROGATORY NO. 5:**

**INTERROGATORY NO. 6:**

Identify each Person(s) who has an ownership interest in Prime Line.

**RESPONSE TO INTERROGATORY NO. 6:**

**INTERROGATORY NO. 7:**

Identify any company or business that shares office space with Prime Line in either Florida or New York.

**RESPONSE TO INTERROGATORY NO. 7:**

**INTERROGATORY NO. 8:**

Identify each merchant identification number associated with Prime Line that was used to process any traffic attributable to the services provided by Nexus Group.

**RESPONSE TO INTERROGATORY NO. 8:**

**INTERROGATORY NO. 9:**

Identify each Person(s) associated with the merchant identification numbers referenced in Interrogatory No. 8.

**RESPONSE TO INTERROGATORY NO. 9:**

**INTERROGATORY NO. 10:**

Identify each Person(s) who has furnished information or otherwise assisted in responding to these Interrogatories.

**RESPONSE TO INTERROGATORY NO. 10:**

Dated: July 1, 2015
New York, New York

**BROWN RUDNICK LLP**

/s/ David J. Molton

David J. Molton
Mason Simpson
Aaron B. Lauchheimer
Seven Times Square
New York, NY 10036
(212) 209-4800
dmolton@brownrudnick.com
msimpson@brownrudnick.com
alauchheimer@brownrudnick.com

*Counsel for Plaintiff Nexus Group, LLC*

61973591 v1-WorkSiteUS-032652/0001